# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

IN THE MATTER OF: )
CASTLEPOINT FIRE PROTECTION ) No. 4:12CV1272 CAS
DISTRICT ASSOCIATION )

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner Theodis Brown's pro se removal of this action from state court and motion to proceed in forma pauperis. The only party to this action, Castlepoint Fire Protection District Association (the "Association"), is a nonprofit corporation. As a result, this matter may not proceed unless an attorney enters his or her appearance on behalf of the Association, Carr Enterprises, Inc. v. United States, 698 F.2d 952, 953 (8th Cir. 1983) ("It is settled law that a corporation may be represented only by licensed counsel."), and the filing fee is paid in full, Rowland v. California Men's Colony, 506 U.S. 194 (1993) (Corporations are not "persons" under 28 U.S.C. § 1915(a)(1) and, therefore, may not proceed in forma pauperis.).

Accordingly,

**IT IS HEREBY ORDERED** that Brown's motion to proceed in forma pauperis is **DENIED**. [Doc. 2]

**IT IS FURTHER ORDERED** that an attorney must enter his or her appearance on behalf of the Association no later than **August 1, 2012**.

**IT IS FURTHER ORDERED** that the filing fee must be paid in full no later than **August 1, 2012**.

**IT IS FURTHER ORDERED** that if the Association fails to comply with this Order, this action will be remanded to the state court.

_/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 19th day of July, 2012.